# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No.: | 2:21-cv-02845-SB-JEM | Date: | May 6, 2021 |
|---|---|---|---|

**Title:** *Harry Forman, et al. v. C.P.C.H., Inc., et al.*

**Present: The Honorable** STANLEY BLUMENFELD, JR., U.S. District Judge

| Victor Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE REMANDED

    The Court has reviewed Plaintiffs' pleading in this case and Defendants' notice of removal. By no later than **May 21, 2021**, Defendants are ordered to show cause in writing why this matter should not be remanded to state court as this Court ordered in *Est. of McCalebb v. AG Lynwood, LLC*, No. 2:20-CV-09746-SB-PVC, 2021 WL 911951 (C.D. Cal. Mar. 1, 2021). Defendants' response to this order to show cause may be no more than 20 pages in length.

    **IT IS SO ORDERED.**