# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.:   CV 21-02845 SB (MRWx) | Date:   May 13, 2021 |

| | |
|---|---|
| Title:   ***Harry Forman et al v. C.P.C.H., Inc. et al*** | |

| | |
|---|---|
| Present: The Honorable | **STANLEY BLUMENFELD, JR., U.S. District Judge** |

| Victor Paul Cruz | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **IN CHAMBERS**

The Court strikes the MOTION to Remand Case to Los Angeles Superior Court filed by Plaintiffs Harry Forman, Wendy Marks., Dkt. No. 11, without prejudice to refiling in compliance with the Notice of Deficiencies, *see* Dkt. No. 16.